**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MICHAEL A. DUNCAN**                                                                                    **PLAINTIFF**
**ADC #111386**

**v.**                                              **No: 5:17-cv-00311 JM-PSH**

**GAYLON LAY,** *et al.*                                                                               **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendants' motion to dismiss (Doc. No. 15) should be denied.

DATED this 5th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE