IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL A. DUNCAN                                                                                      PLAINTIFF
ADC #111386

v.                                          No: 5:17-cv-00311 JM-PSH

GAYLON LAY, *et al.*                                                                                DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the defendants' Motion for Partial Summary Judgment is granted, and Duncan's claims against defendants Kelley, Lay, and McDonell are dismissed without prejudice due to Duncan's failure to exhaust his administrative remedies as to these defendants. Duncan's claims against defendant Johnson will remain.

DATED this 31st day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE