# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MICHAEL A. DUNCAN**                                                **PLAINTIFF**
**ADC #111386**

v.                        No: 5:17-cv-00311 JM-PSH

**ARKEAMA JOHNSON**                                                **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After carefully considering the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Johnson's motion for summary judgment (Doc. No. 65) is granted; that Duncan's free exercise claims against Johnson are dismissed with prejudice; and that Duncan's state law claims are dismissed without prejudice.

DATED this 12th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE