IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL A. DUNCAN                                                                PLAINTIFF
ADC #111386

v.                                  No: 5:17-cv-00311 JM-PSH

ARKEAMA JOHNSON                                                                  DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 12th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE